UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATHESIA PENN,

        Plaintiff,

vs.                                         Case No. 8:10-cv-538-T-27AEP

STATE ATTORNEY'S OFFICE of
the Thirteenth Judicial Circuit, et al.,

        Defendants.

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 3). Plaintiff has filed objections to the Report and Recommendation together with an Amended Affidavit of Indigency (Dkt. 4), which is construed as an Amended Motion for Leave to Proceed *in forma pauperis*.

Plaintiff's correction of omissions and an error[1] in her initial Affidavit do not affect the Magistrate Judge's other findings or the correctness of his recommendation. After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved. Accordingly, Plaintiff's objections are overruled. With the exception of the finding as to Plaintiff's weekly income, the Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Dkt. 2) and Amended Motion for

_____

[1] In her objections, Plaintiff states that she inadvertently averred in her initial Affidavit that she earned $1,500 *weekly*. (Dkt. 4 at 8). In her Amended Affidavit, Plaintiff states that her *monthly* income is about $1,500. (Dkt. 4 at 2).

Leave to Proceed *in forma pauperis* (Dkt. 4) are **DENIED**.

Plaintiff's Complaint (Dkt. 1) is **DISMISSED**. On or before **April 20, 2010**, Plaintiff shall pay the $350 filing fee to continue this action and file an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure and contains a short and plain statement of Plaintiff's claims against each Defendant, together with the pertinent facts supporting each claim, and the basis for this Court's jurisdiction. Failure to comply will result in dismissal of this action without further notice.

As Plaintiff fails to satisfy the stringent requirements for appointment of counsel in a civil case,[2] Plaintiff's request for appointment of counsel (Dkt. 4 at 8) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 31st day of March, 2010.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to: *Pro se* Plaintiff

---

[2] *See Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987).

2